# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

MICHAEL KEETON, et al., :

      Plaintiffs, :

                                            Case No. 2:09 CV 1085

vs. :

                                            JUDGE MARBLEY

TIME WARNER CABLE, INC., et al. :

                                            MAGISTRATE JUDGE DEAVERS

      Defendants. :

## ORDER

This case has come on for the Court's consideration of a full and final settlement of all claims in the above captioned matter on 9/7, 2011.

Upon careful consideration of the settlement terms, the Court hereby approves the terms of the parties settlement agreement in all respects.

It is so Ordered.

_____
HONORABLE ALGENON L. MARBLEY
Judge, United States District Court,
Southern Division of Ohio